**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52403.**

May 18, 1972.

the ruling of the trial judge after the evidentiary hearing is correct.

262 So.2d 34

**STANDARD LIFE INSURANCE COMPANY OF the SOUTH**

v.

**Mrs. Margaret Dahlquist FRANKS, Co-Administrator, et al.**

**No. 52455.**

May 18, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.